# United States District Court Violation Notice

CVB Location Code: MA4D

Violation Number: H 5115426
Officer Name (Print): Plante
Officer No.: 183

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 11/13/2013 1040
Offense Charged: ☒ CFR ☐ USC ☐ State Code
41 102-74.385

Place of Offense: Moakley Courthouse

Offense Description: Failure to Obey Signs (Poss. of Fireworks)

## DEFENDANT INFORMATION

Last Name: Gonzalez
First Name: Angel
M.I.: M

Tag No.: | State: | Year: | Make/Model: | Color:

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

ICE Form 78-001 (Rev. 02-06)  Original - CVB Copy  Previous edition is obsolete.

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 13, 2013 while exercising my duties as a law enforcement officer in the First District of Massachusetts

I responded to the lobby screening area of the Moakley Courthouse for a report of an individual attempting to enter the Courthouse with a flare style firework. The individual was identified as Angel Gonzalez through his Mass ID card. Gonzalez told me he was in a rush to see his probation officer and forgot the firework in his bag. Gonzalez also told me it was his fault and "I am guilty." I then issued Gonzalez U.S. District Court Violation Notice H5115426 for failure to obey signs. Gonzalez was then escorted from the Courthouse without further incident.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/13/2013  [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge