UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
            V.           )     NO: 14-PO-01003-RBC
                         )
ANGEL MANUEL GONZALEZ    )


<u>DISMISSAL OF VIOLATION NOTICE</u>

The government hereby dismisses violation notice H5115426 now

pending against defendant Angel Manuel Gonzalez.  As grounds

therefor, the government states that the further prosecution of the

violation notice would not be in the interests of justice.

                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

                    By:  */s/ Kenneth G.  Shine*
                              KENNETH G. SHINE
                              Assistant U.S. Attorney
                              (617) 748-3686

February 20, 2014

Leave to File Granted:

_____
ROBERT B.  COLLINGS
United States Magistrate Judge


Date: _____


<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon parties of record a copy of the foregoing document by electronic filing notice and first-class mail.

*/s/ Kenneth G. Shine*
KENNETH G. SHINE
Assistant U.S. Attorney