UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO: 14-PO-01003-RBC |
| | ) | |
| ANGEL MANUEL GONZALEZ | ) | |

### DISMISSAL OF VIOLATION NOTICE

The government hereby dismisses violation notice H5115426 now pending against defendant Angel Manuel Gonzalez. As grounds therefor, the government states that the further prosecution of the violation notice would not be in the interests of justice.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

By: */s/ Kenneth G. Shine*
    KENNETH G. SHINE
    Assistant U.S. Attorney
    (617) 748-3686

February 20, 2014

Leave to File Granted:

_____
ROBERT B. COLLINGS
United States Magistrate Judge

Date: _____

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon parties of record a copy of the foregoing document by electronic filing notice and first-class mail.

*/s/ Kenneth G. Shine*
KENNETH G. SHINE
Assistant U.S. Attorney